☐ **ORIGINAL**

OAO91 (Rev. 12/03) Criminal Complaint

FILED
SEP 21 2010
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT

__NORTHERN__ DISTRICT OF __CALIFORNIA__

UNITED STATES OF AMERICA
V.
DAVIE JIMMY MEJIA-SENSENTE,

(Name and Address of Defendant)

CRIMINAL COMPLAINT

Case Number:

E-filing    3  10  70836  BZ

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about __May 7, 2009__ (Date) in __San Mateo__ County, in the __Northern__ District of __California__ defendant(s) did,

(Track Statutory Language of Offense)
being an alien, illegally and unlawfully in the United States, did possess a firearm in and affecting commerce,

in violation of Title __18__ United States Code, Section(s) __922(g)(5)__.

I further state that I am a(n) __Special Agent of ICE__ and that this complaint is based on the following facts:
Official Title

See attached AFFIDAVIT OF ALICIA MACDONALD

Maximum Penalties:
Maximum term of imprisonment of 10 years; 3 years supervised release; $250,000 fine; and $100 special assessment

Continued on the attached sheet and made a part of this complaint: ☒ Yes ☐ No

_____
Signature of Complainant

ALICIA MACDONALD
Printed Name of Complainant

Sworn to before me and signed in my presence,

__21 Sept 2010__          at    __San Francisco__,   __CA__
Date                                 City              State

Bernard Zimmerman       Magistrate Judge          _____
Name of Judge           Title of Judge            Signature of Judge

## AFFIDAVIT OF ALICIA MACDONALD

I, ALICIA MACDONALD, Special Agent of Immigration and Customs Enforcement, being duly sworn, do declare and state:

### I. INTRODUCTION

1. This affidavit is made in support of a Criminal Complaint charging **Davie Jimmy MEJIA-Sensente**, ("MEJIA") with being an illegal alien in possession of a firearm, in violation of Title 18, United States Code, Section 922(g)(5). The facts set forth in this affidavit are based on my own personal knowledge, knowledge obtained from other individuals during my participation in this investigation, including other law enforcement officers, my review of documents and computer records related to this investigation, communications with others who have personal knowledge of the events and the circumstances described herein, and information gained through my training and experience. Because this affidavit is submitted for the limited purpose of establishing probable cause for an arrest warrant, I have not included each and every fact known to me about this case. In addition, where I describe the statements and/or actions of others, such statements and/or actions are described in sum and substance and in relevant part only.

### II. AGENT BACKGROUND

2. I am a Special Agent of Immigration and Customs Enforcement (ICE) and have been so employed since September 2008. I am presently assigned to the San Francisco Office of Investigation, where I am assigned to the ICE Operation Community Shield Gang Unit. As part of my duties within this unit, I investigate violations of federal law, with a focus on violent crimes and crimes committed by street gangs.

3. During my employment with ICE, I successfully completed the Criminal Investigator training and ICE Special Agent training at the Federal Law Enforcement Training Center (FLETC) at Glynco, Georgia. The Criminal Investigator's Academy training courses included training in federal laws, rules of criminal procedure and evidence, and investigative techniques. During my employment with ICE, I have participated in numerous criminal investigations and arrests, including a large-scale racketeering investigation of the transnational gang, *La Mara Salvatrucha*.

### III. APPLICABLE LAW

4. Title 18 U.S.C. § 922(g)(5)(A) provides that "[i]t shall be unlawful for any person—who, being an alien[,] is illegally or unlawfully in the United States[,] … to ship or transport in interstate or foreign commerce, or possess in or affecting commerce, any firearm or ammunition."

1

## IV. FACTS CONSTITUTING PROBABLE CAUSE

5. On or about May 7, 2009, in Daly City, California, San Francisco Police Department (SFPD) Gang Task Force (GTF) and Daly City Police Department (DCPD) officers executed a state search warrant at MEJIA's residence located at 266 Abbott Avenue #1 in Daly City, California. During this search, officers found, among other things, drugs and a .357 caliber Ruger Security-Six revolver with serial number 151-52495. MEJIA, who is known to law enforcement officers to be a member of *La Mara Salvatrucha* (commonly known as "MS-13"), was booked into San Mateo County jail for firearm and narcotics related charges.

6. Immediately following MEJIA's arrest, MEJIA was interviewed by GTF Sergeant Scott Lau and DCPD Officer Andrade at DCPD after being advised of, and agreeing to waive, his Miranda rights. During the interview, MEJIA admitted to the purchase and possession of the Ruger revolver found in his residence. The state charges were subsequently dismissed and the revolver remained in DCPD custody.

7. On or about May 8, 2009, MEJIA was transferred to the custody of Immigration and Customs Enforcement (ICE) for immigration proceedings. MEJIA was released on bond while his immigration case was being adjudicated.

8. On or about September 10, 2010, MEJIA was arrested by the Daly City Police for murder. The San Mateo County District Attorney's office, however, declined to file charges and MEJIA was again taken into ICE custody for immigration proceedings. MEJIA was interviewed by Immigration Enforcement Agent Isaac Lawton. Prior to the interview, Agent Lawton advised MEJIA that his answers were voluntary. MEJIA stated that he crossed from Mexico into the United States at the Texas border in 2001 without being inspected, admitted, or paroled by an immigration officer.

9. On or about September 15, 2010, I brought the Ruger revolver with serial number 151-52495 found in MEJIA's residence in May 2009 from the DCPD Property Room to Alcohol, Tobacco, Firearms and Explosives (ATF) Special Agent Robert Tucker, an Interstate Nexus Expert, so he could examine the revolver. Special Agent Tucker informed me the revolver was not manufactured in California, but was manufactured in Connecticut. Therefore, the firearm had to have traveled in interstate commerce to arrive in California.

10. I have reviewed immigration records for MEJIA and learned that he is a citizen and native of El Salvador who is illegally in the United States after unlawfully entering in 2001. MEJIA has no record of adjusting his status to that of a Lawful Permanent Resident.

## V. CONCLUSION

11. Based on all of the facts and circumstances described in this affidavit, along with my training, experience, and consultations with others, there is probable cause to believe that

2

on or about May 7, 2009, **Davie Jimmy MEJIA-Sensente** was an illegal alien in possession of a firearm, in violation of Title 18 United States Code § 922(g)(5).

ALICIA MACDONALD
Special Agent
Immigration and Customs Enforcement

Sworn to and subscribed before me
this 21 day of September, 2010

BERNARD ZIMMERMAN
UNITED STATES MAGISTRATE JUDGE