AO 257 (Rev. 6/78)

| **DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT** |
|---|

BY: ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT  ☒ SUPERSEDING

**OFFENSE CHARGED**

18 USC 922(g)(5) Illegal Alien in Possession of Ammunition]

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY: 10 years and/or $250,000 criminal fine; 3 years' supervised release; $100 special assessment

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

**DEFENDANT - U.S**

▶ DAVIE JIMMY MEJIA-SENSENTE

DISTRICT COURT NUMBER
CR 10-0727 CRB

FILED 2011 APR 14 P 5:17
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**DEFENDANT**

**IS *NOT* IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☐ If not detained give date any prior summons was served on above charges ▶
2) ☐ Is a Fugitive
3) ☒ Is on Bail or Release from (show District)
    San Francisco Superior Court

**IS IN CUSTODY**
4) ☒ On this charge
5) ☐ On another conviction  } ☐ Federal ☐ State
6) ☐ Awaiting trial on other charges
    If answer to (6) is "Yes", show name of institution

Has detainer been filed? ☐ Yes ☐ No  } If "Yes" give date filed

DATE OF ARREST ▶ Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year

**PROCEEDING**

Name of Complainant Agency, or Person (& Title, if any)
HSI SA ALICIA MACDONALD

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY  ☐ DEFENSE
} SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant
} MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person Furnishing Information on this form   MELINDA HAAG
☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)   Andrew M. Scoble

☐ This report amends AO 257 previously submitted

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS  ☒ NO PROCESS*  ☐ WARRANT   Bail Amount: _____

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance

Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____   Before Judge: _____

Comments:

# United States District Court

FOR THE
**NORTHERN DISTRICT OF CALIFORNIA**

VENUE: SAN FRANCISCO

---

UNITED STATES OF AMERICA,

V.

CR 10-727 CRB

DAVIE JIMMY MEJIA-SENSENTE,

DEFENDANT(S).

---

## SUPERSEDING INDICTMENT

VIOLATIONS:
18 U.S.C. § 922(g)(5) - Illegal Alien in Possession of Ammunition

---

A true bill.

_____
Foreman

Filed in open court this _14th_ day of

April 2011

_____
ADA YIU, Clerk

Bail, $ No Process

_____
JAMES LARSON
U.S. MAGISTRATE JUDGE

MELINDA HAAG (CABN 132612)
United States Attorney

FILED
2011 APR 14 P 5:16
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DAVIE JIMMY MEJIA-SENSENTE,<br><br>　　　　Defendant. | CR 10-0727-CRB<br><br>VIOLATION: Title 18, United States Code, Section 922(g)(5) – Illegal Alien in Possession of Ammunition<br><br>SAN FRANCISCO VENUE |

### SUPERSEDING INDICTMENT

The Grand Jury charges:

(18 U.S.C. § 922(g)(5) – Illegal Alien in Possession of Ammunition)

On or about May 7, 2009, in the Northern District of California, the defendant,

DAVIE JIMMY MEJIA-SENSENTE,

then being an alien illegally and unlawfully in the United States, did knowingly possess ammunition, described as: four rounds of CBC .38-special caliber ammunition, all in and

//

//

SUPERSEDING
INDICTMENT

1 | affecting commerce, in violation of Title 18, United States Code, Section 922(g)(5).

3 | DATED: April 14, 2011                A TRUE BILL.

                                        /s/ FOREPERSON

MELINDA HAAG
United States Attorney

WIL FRENTZEN
Chief, Organized Crime Strike Force

(Approved as to form: _____)
                      AUSA ANDREW M.. SCOBLE

SUPERSEDING
INDICTMENT                              2