MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

ANDREW M. SCOBLE (CABN 124940)
MATTHEW L. McCARTHY (CABN 217871)
Assistant United States Attorneys
   450 Golden Gate Ave., Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-7249/6838
   Fax: (415) 436-7234
   E-Mail: andrew.scoble@usdoj.gov
          matthew.mccarthy@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> v. <br><br> DAVIE JIMMY MEJIA-SENSENTE, <br><br> Defendant. | No: 10-CR-00727-CRB <br><br> STIPULATION AND [~~PROPOSED~~] ORDER EXCLUDING TIME |

     The United States of America, by its counsel, Melinda Haag, United States Attorney, and Andrew M. Scoble, Assistant United States Attorney, and defendant Davie Jimmy Mejia-Sensente, by his attorney, Erick Guzman, respectfully submit this Stipulation and Proposed Order on behalf of the parties to exclude time under 18 U.S.C. § 3161. The parties hereby stipulate and agree to the following:

     1.     Mr. Mejia-Sensente has been charged by indictment in CR-11-0293-CRB with conspiracy to commit murder in aid of racketeering, murder in aid of racketeering, and related firearms offenses.

     2.     The parties expect that the litigation of CR-11-0293-CRB will continue for at least the next several months, and possibly for more than a year.

3. Mr. Mejia-Sensente believes, after having been advised by counsel, that it is in his best interests to continue the resolution of this matter pending the resolution of CR-11-0293-CRB.

4. The government does not object to the continuation of this matter pending the resolution of CR-11-0293-CRB.

5. The parties jointly believe and stipulate that time should be excluded pursuant to 18 U.S.C. § 3161(h)(1)(B) and (h)(7)(B)(iv). Specifically, the parties stipulate that the exclusion is for the reasonable time necessary for effective preparation of defense counsel, taking into account the exercise of due diligence. The parties also agreed that the ends of justice served by granting such a continuance outweigh the best interests of the public and the defendant in a speedy trial. See 18 U.S.C. § 3161(h)(7)(A).

6. Accordingly, the parties stipulate and request that time be excluded under 18 U.S.C. § 3161(h) for the period of time required to resolve the charges against the defendant in CR-11-0293-CRB.

SO STIPULATED.

DATED: July 18, 2011

ERICK GUZMAN, ESQ.
Counsel for Davie Jimmy Mejia-Sensente

DATED: July 18, 2011

MELINDA HAAG
United States Attorney

By: ANDREW M. SCOBLE
Assistant United States Attorney

I, Davie Jimmy Mejia-Sensente, hereby declare as follows:

1. I have been advised that I have the right under 18 U.S.C. § 3161 for any trial against me to commence within 70 days of my initial appearance or indictment.

2. I have been advised that time may be excluded from the 70-day limit provided for in 18 U.S.C. § 3161 for various reasons set forth in § 3161(h).

3. I have discussed my right to a speedy trial with my counsel, Erick Guzman.

4. Mr. Guzman has advised me of the benefits and risks of agreeing to exclude time from the speedy trial calculation under § 3161(h).

5. In light of the charges currently pending against me in CR-11-0293-CRB, and in consultation with my counsel, I believe that it is in my best interests to exclude time from the speedy trial calculation in this matter pending the resolution of the charges in CR-11-0293-CRB.

6. I understand that, should I decide to invoke my right to a speedy trial in this matter in the future, I can instruct my counsel at any time to demand a trial date.

7. I understand that, should I decide to demand a trial in this matter, a trial will be scheduled by the Court in compliance with the rules set forth in 18 U.S.C. § 3161.

8. In light of the above statements, and having consulted with my counsel, I agree that time should be excluded under 18 U.S.C. § 3161(h) for the period of time required to resolve the charges against me in CR-11-0293-CRB.

DATED: July 18, 2011

                                        Defendant Davie Jimmy Mejia-Sensente

//
//
//
//
//
//

For the reasons stated above, the Court finds that an exclusion of time for the period necessary to resolve the charges against the defendant in CR-11-0293-CRB is warranted and that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial. See 18 U.S.C. §3161 (h)(7)(A). The failure to grant the requested continuance would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and would result in a miscarriage of justice. See 18 U.S.C. §3161(h)(7)(B)(iv).

SO ORDERED.

DATED: July 27, 2011

HON. CHARLES R. BREYER
United States District Judge